UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 25MJ8273-LR |
|---|---|
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | Title 8, U.S.C., Section 1326 |
| Kevin RUIZ-Antunez, | Deported Alien Found In The United States (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about April 07, 2025, within the Southern District of California, defendant, Kevin RUIZ-Antunez, an alien, who previously had been excluded, deported and removed from the United States to Honduras, was found in the United States without the Attorney General of the United States or her designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Section 202(3) and (4), and (557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

*Fernando Quiroz*
FERNANDO QUIROZ
BORDER PATROL AGENT

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 8th day of April 2025.

HON. LUPE RODRIGUEZ, JR.
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
        v.
Kevin RUIZ-Antunez

## STATEMENT OF FACTS

On April 07, 2025, United States Border Patrol Agent (BPA) Tyler Gardner was performing Border Patrol line watch operations near the United States/Mexico International Boundary, approximately 5 miles West of the Andrade, California Port of Entry and 4.40 miles North of the International Boundary Fence (IBF). This area consists of open desert and the Imperial Sand Dunes.

During BPA Gardner's duties, at approximately 1:00 a.m., RVSS (Remote Video Surveillance System) operators informed Agents regarding a single subject crossing the All-American (AA) Canal and continuing northbound toward Interstate 8. BPA Gardner drove to the International Boundary wall to confirm the subject had made an illegal entry. BPA Gardner was able to identify two different footprints crossing the International Boundary at the change in the fence near the Old Compound in Andrade, California. RVSS operators maintained visual of a single subject as he continued north through the desert. BPA Gardner was able to follow the footprints to a culvert under the railroad tracks North of Interstate 8. Inside the culvert, BPA Gardner located a single subject attempting to hide himself inside the culvert, later identified as Kevin RUIZ-Antunez (RUIZ), approximately 5 miles West of the Andrade Port of Entry and approximately 4.40 miles north of the International Boundary Fence. While wearing his rough duty uniform displaying insignia that identifies him as a Border Patrol Agent, BPA Gardner performed a brief immigration inspection. The inspection determined that RUIZ was a citizen of Honduras, who entered the United States illegally and does not have proper legal documentation to remain in the United States. RUIZ was placed under arrest and was transported to the Yuma, Arizona Border Patrol Station for further processing.

Record checks revealed RUIZ was ordered removed from the United States on May 26, 2021, by a designated official. RUIZ was last removed from the United States to

Honduras on June 10, 2024, through Alexandria International Airport, Louisiana Port of Entry.

There is no evidence showing RUIZ has applied for and sought or received permission from the United States Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States after being previously removed.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel present during interviews, statements, and questioning of the Defendant in this matter from initial contact to the writing of this document: BPAs Luis T. Marquez and Cesar Diaz.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, seizure, proactive investigation, surveillance, etc.) from initial field contact through the writing of this document: BPA Tyler A. Gardner.